```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 38483
   ALONZO LEE
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER


          Debtor
   SSN XXX-XX-0096

--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 10/15/2004 and was confirmed 12/15/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 10/30/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT       INTEREST         PRINCIPAL
                                                              PAID             PAID
--------------------------------------------------------------------------
INTERNAL REVENUE SERVICE  PRIORITY         1102.01             .00           1102.01
CITY OF CHICAGO PARKING   UNSECURED        3815.00             .00           3815.00
JEFFERSON CAPITAL SYSTEM  UNSECURED        1170.92             .00           1170.92
CSXI                      UNSECURED       NOT FILED            .00               .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY      1,105.20                          1,105.20
TOM VAUGHN                TRUSTEE                                              407.39
DEBTOR REFUND             REFUND                                               172.50


     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE             7,773.02

PRIORITY                                     1,102.01
SECURED                                           .00
UNSECURED                                    4,985.92
ADMINISTRATIVE                               1,105.20
TRUSTEE COMPENSATION                           407.39
DEBTOR REFUND                                  172.50
                   ---------------          ---------------
TOTALS              7,773.02                 7,773.02




               PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 04 B 38483 ALONZO LEE
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 01/28/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE